UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN GEORGE,

    Plaintiff,                                 Case No. 2:22-cv-1981
    v.                                        JUDGE EDMUND A. SARGUS, JR.
                                              Magistrate Judge Kimberly A. Jolson

CHRISTINA D. GORDON, et al.,

    Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on June 6, 2022.  (ECF No. 4.)  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, Plaintiff's Complaint is **DISMISSED** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41 and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2). The Clerk is directed to close the case.

    IT IS SO ORDERED.


7/7/2022                                              s/Edmund A. Sargus, Jr.
DATE                                               EDMUND A. SARGUS, JR.
                                                      UNITED STATES DISTRICT JUDGE